IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL MICKEY FRADIUE,

    Petitioner,                    No. CIV S-00-2209 MCE JFM P

    vs.

CHERYL PLILER, et al.,

    Respondents.              <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On November 1, 2000, respondents were directed to file an answer and any and all transcripts or other documents relevant to the determination of the issues presented in the application. Rule 5, Rules Governing Section 2254 Cases. On December 13, 2000, respondents filed an answer, but failed to lodge the appropriate state court transcripts. Respondents will be directed to provide those transcripts forthwith.

/////

/////

/////

/////

/////

/////

In accordance with the above, IT IS HEREBY ORDERED that within twenty days from the date of this order, respondents shall file any and all transcripts or other documents relevant to the determination of the issues presented in the application.

DATED: April 22, 2005.

UNITED STATES MAGISTRATE JUDGE

frad2209.tra