IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL MICKEY FRADIUE,

    Petitioner,                      No. CIV S-00-2209 MCE JFM P

    vs.

CHERYL L. PLILER, et al.,

    Respondents.                  <u>ORDER</u>

_____/

        This matter came on regularly for status conference on June 2, 2005. Carolyn M. Wiggin, Assistant Federal Defender, appeared for petitioner. John A. Thawley, Deputy Attorney General, appeared for respondents. Upon hearing from counsel and good cause appearing therefor, IT IS HEREBY ORDERED that within sixty days from the date of this order, petitioner shall file supplemental points and authorities in support of the petition, or a traverse, or an appropriate motion.

DATED: June 3, 2005.

                                             UNITED STATES MAGISTRATE JUDGE

/001; frad2209.oasc