IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MICKEY FRADIUE, | No. CIV S-00-2209 MCE JFM P |
| Petitioner, | |
| v. | <u>ORDER</u> |
| CHERYL K. PLILER, ET AL., | |
| Respondents. | |

Petitioner is a state prisoner proceeding through counsel with an application for a writ of habeas corpus under 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

On September 9, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within ten days.

///

1

Respondents have filed objections to the findings and recommendations. Petitioner has filed a reply.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 9, 2005, are adopted in full;

2. Petitioner's August 2, 2005 motion to stay is granted;

3. This action is stayed pending exhaustion of state remedies as to petitioner's claim of ineffective assistance of trial counsel as it relates to petitioner's Miranda claim;

4. Petitioner is directed to file a motion to lift the stay within thirty days from the date of any order by the California Supreme Court resolving the claims; and

5. The Clerk of the Court is directed to administratively close this case.

DATED: September 29, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2