1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11
   **MICHAEL MICKEY FRADIUE,**                        CIV S-00-2209 MCE JFM P
12
                                       Petitioner,    **ORDER**
13
              **v.**
14
   **JAMES WALKER, Warden,**
15
                                       Respondent.
16

17          GOOD CAUSE APPEARING, IT IS ORDERED THAT Respondent's application for a

18   sixty (60) day extension of time to and including August 20, 2007, to file Respondent's answer to

19   third amended petition, is hereby GRANTED.  Petitioner's traverse, if any, shall be filed thirty

20   days thereafter.

21   Dated:  June 21, 2007.

22

23
     UNITED STATES MAGISTRATE JUDGE
24

25   /frad2209.eot

26

27

28

     [Proposed] Order

                                              1