DANIEL J. BRODERICK, Bar #89424
Federal Defender
MONICA KNOX, Bar #84555
CAROLYN WIGGIN, Bar #182732
Assistant Federal Defenders
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Petitioner

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL MICKEY FRADIUE,** | NO. CIV S-00-2209 MCE JFM P |
| Petitioner, | **ORDER** |
| v. | |
| **JAMES WALKER, Warden,** | |
| Respondent. | |

**GOOD CAUSE APPEARING**, petitioner is given to and including October 19, 2007, in which to file a Traverse.

Dated: September 13, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

frad2209.eot

1