1  DANIEL J. BRODERICK, #89424
   Federal Defender
2
   CAROLYN M. WIGGIN, Bar #182732
3  Assistant Federal Defender
   Designated Counsel for Service
4  801 I Street, 3rd Floor
   Sacramento, California 95814
5  Telephone: (916) 498-5700

6

7  Attorney for Petitioner
   MICHAEL MICKEY FRADIUE
8

9

10

11              IN THE UNITED STATES DISTRICT COURT

12             FOR THE EASTERN DISTRICT OF CALIFORNIA

13

14  MICHAEL MICKEY FRADIUE,        )   NO. CIV S-00-2209 MCE JFM P
                                   )
15              Petitioner,        )
                                   )   **ORDER**
16       v.                        )
                                   )
17  JAMES WALKER, Warden,          )
                                   )
18              Respondent.        )
                                   )
19                                 )

20

21       Good cause appearing, this Court authorizes issuance of a subpoena commanding John

22  Lippsmeyer, Esq., to attend a deposition in this matter. This Court further authorizes the United States

23  Marshal for the Eastern District of California to

24       (1) serve the attached subpoena on John P. Lippsmeyer, Esq., 2240 Tamarack Way, Sacramento,

25  CA 95821-4609;

26       (2) pay any authorized witness fees Mr. Lippsmeyer may incur and apply for in connection with the

27  deposition; and

28  /////

1    (3) pay the fees of Petrilla Recording and Transcription for recording and transcribing the June 20,
2  2008, deposition of Mr. Lippsmeyer.
3    IT IS SO ORDERED.
4  
   DATED: May 23, 2008.

                                    _____
                                    UNITED STATES MAGISTRATE JUDGE

   /frad2009.subp