1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MICHAEL MICKEY FRADIUE,

11              Petitioner,              No. 2:00-cv-2209 MCE KJN P

12       vs.

13   JAMES WALKER, Warden,

14              Respondent.              <u>ORDER</u>

15   _____/

16              Petitioner is a state prisoner proceeding through counsel with an application for a

17   writ of habeas corpus pursuant to 28 U.S.C. § 2254.  By order filed April 18, 2008, petitioner

18   was granted leave to notice the deposition of defense counsel and respondent was directed to

19   lodge certain discovery documents with the court.  On May 27, 2008, a subpoena was issued

20   commanding defense counsel to appear for deposition.  On June 19, 2008, respondent lodged

21   discovery documents with the court.  On June 24, 2008, the executed subpoena was filed with the

22   court noting defense counsel's deposition was noticed for June 20, 2008.  In light of that

23   discovery, the parties shall be provided an opportunity to file subsequent briefing concerning the

24   issues pending in this action.

25   ////

26   ////

1          Accordingly, IT IS HEREBY ORDERED that within twenty-one days from the

2   date of this order, petitioner shall file a supplemental brief.  Respondent's reply, if any, shall be

3   filed twenty-one days thereafter.

4   DATED:  September 13, 2010

5

6

7                                    _____

8                                    KENDALL J. NEWMAN
                                     UNITED STATES MAGISTRATE JUDGE
9

10

11   frad2209.fb

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26